IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

RE

EVELYN PEREZ CORTES

DEBTOR

CASE NO. 10-12368 ESL

CHAPTER 13

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to provide for IRS secured debt.

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 16th day of February of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                               Case No. _____

**PEREZ CORTES, EVELYN** _____      Chapter **13**
                         Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **2/16/2011**
☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **1,000.00** x **60** = $ **60,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **60,000.00**

Additional Payments:
$ **30,000.00** to be paid as a LUMP SUM within **48 months** with proceeds to come from:

☑ Sale of Property identified as follows:
**FROM SALE OR REFINANCE OF ANY OF THE COMERCIAL PROPERTIES**

☐ Other:

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **90,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,844.00**

Signed: **/s/ EVELYN PEREZ CORTES**
          Debtor

_____
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR**    Cr. **BPPR**    Cr. _____
# _____    # **71010017927578**    # _____
$ **7,000.00**    $ **7,000.00**    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **IRS**    Cr. _____    Cr. _____
# _____    # _____    # _____
$ **3,000.00**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: _____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**BPPR**      **BPPR**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).**

**ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.**

**TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.**

**DEBTOR TO PAY CREDITORS 100% PLUS 6%**

Attorney for Debtor **Jose Prieto** _____ Phone: **(787) 607-2066**

CHAPTER 13 PAYMENT PLAN

IN RE **PEREZ CORTES, EVELYN** _____ Case No. _____
                                  Debtor(s)

# CHAPTER 13 PAYMENT PLAN
## Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **BPPR** |  |  |

```
Label Matrix for local noticing          BANCO POPULAR PR                        POPULAR AUTO
0104-3                                   PO BOX 362708                           EDGAR A VEGA RIVERA ESQ
Case 10-12368-ESL13                      SAN JUAN, PR 00936-2708                 PO BOX 366818
District of Puerto Rico                                                          SAN JUAN, PR 00936-6818
Old San Juan
Wed Feb 16 11:16:18 AST 2011

RECOVERY MANAGEMENT SYSTEMS CORP         RELIABLE FINANCIAL SERVICES             US Bankruptcy Court District of P.R.
RAMESH SINGH                             PO BOX 21382                            U.S. Post Office and Courthouse Building
25 SE 2ND AVE STE 1120                   SAN JUAN, PR 00928-1382                 300 Recinto Sur Street, Room 109
MIAMI, FL 33131-1605                                                             San Juan, PR 00901-1964


ADVANTAGE ASSETS II INC                  AXESA                                   BANCO POPULAR DE PUERTO RICO
7322 SOUTHWEST FRWY SUITE 1600           PO BOX 191225                           BANKRUPTCY DEPARTMENT
HOUSTON TX 77074-2053                    SAN JUAN, PR 00919-1225                 PO BOX 366818
                                                                                 SAN JUAN PR 00936-6818


BPPR                                     BPPR                                    CRIM
P O BOX 3228                             P O BOX 366818                          LEGAL COUNSEL OFFICE
SAN JUAN, PR  00936                      SAN JUAN, PR 00936-6818                 PO BOX 195387
                                                                                 SAN JUAN PR 00919-5387


CRIM                                     Citifinancial                           DEPT HACIENDA
P O BOX 41179                            300 Saint Paul Pl                       P O BOX 9022501
SAN JUAN, PR 00940-1179                  Baltimore, MD 21202-2120                SAN JUAN, PR 00902-2501


Gemb/jc Penney Pr                        Gemb/sams Club                          (p)INTERNAL REVENUE SERVICE
Credit Card Bank Of Ga                   Po Box 981400                           CENTRALIZED INSOLVENCY OPERATIONS
Albuquerque, NM  87125                   El Paso, TX 79998-1400                  PO BOX 7346
                                                                                 PHILADELPHIA PA 19101-7346


Ltd Financial Svcs Lp                    Lvnv Funding Llc                        MUNICIPIO DE RIO GRANDE
7322 Southwest Fwy Ste 1                 Po Box 740281                           FINANZAS
Houston, TX 77074-2010                   Houston, TX 77274-0281                  P O BOX  847
                                                                                 RIO GRANDE, PR 00745-0847


POPULAR AUTO (POPULAR LEASING)           ROOMS TO GO                             SAMS
BANKRUPTCY DEPARTMENT                    P O BOX 3157                            G E MONEY BANK
PO BOX 366818                            BAYAMON, PR 00960-3157                  P O BOX 530942
SAN JUAN PUERTO RICO 00936-6818                                                  ATLANTA, GA 30353-0942


Sears/cbsd                               WESTERNBANK                             EVELYN PEREZ CORTES
701 East 60th St N                       P O BOX 430                             66 FLOR DEL RIO
Sioux Falls, SD 57104-0432               MAYAGUEZ, PR 00681-0430                 RIVER GARDEN
                                                                                 CANOVANAS, PR 00729-3341


JOSE M PRIETO CARBALLO                   JOSE RAMON CARRION MORALES              MONSITA LECAROZ ARRIBAS
JPC LAW OFFICE                           PO BOX 9023884                          OFFICE OF THE US TRUSTEE (UST)
PO BOX 363565                            SAN JUAN, PR 00902-3884                 OCHOA BUILDING
SAN JUAN, PR 00936-3565                                                          500 TANCA STREET  SUITE 301
                                                                                 SAN JUAN, PR 00901-1938
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
7 TABONUCO ST
GUAYNABO, PR  00968

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)RELIABLE FINANCIAL SERVICES | End of Label Matrix |
| PO BOX 21382 | Mailable recipients   29 |
| SAN JUAN PR 00928-1382 | Bypassed recipients    1 |
| | Total                 30 |