IN RE:     EVELYN PEREZ CORTES

Bkrtcy. No.    10-12368-ESL

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES
## AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: **Dec 31, 2010** | Meeting Date **Jun 07, 2011** | DC Track No. **1** |
| Days from petition date **158** | Meeting Time **8:00 AM** | |
| 910 Days before Petition **7/4/2008** | ☐ Chapter 13 Plan Date **Feb 16, 2011 Dkt.# 20** ☐ Amended. | |
| This is debtor(s) _____ Bankruptcy petition. | Plan Base: **$90,000.00** | |
| This is the _____ Scheduled Meeting | Confirmation Hearing Date: ~~Mar 09, 2011~~ **June 22, 2011** | Time: **9:00 AM** |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount | Total Paid In: | **$5,00.—** ~~$4,000.00~~ |
|---|---|---|---|---|

---

**I.     Appearances:**        ☐ Telephone  ☐ Video Conference        ☐ Creditor(s) present:  ☑ None.

☑ Debtor Present          ☑ ID & Soc. OK          ☐ Debtor Absent

☐ Joint Debtor Present        ☐ ID & Soc. OK          ☐ Joint Debtor Absent

Debtor(s) was/were  ☑ Examined  ☐ Not Examined under oath.

Attorney for Debtor(s)  ☑ Present  ☐ Not Present

☐ Substitute attorney:                                ☐ Pro-se.

---

**II. Attorneys Fees as per R 2016(b) Statement**    Attorney of record:    **JOSE PRIETO CARBALLO***

Total Agreed:  **$3,000.00**      Paid Pre-Petition:  **$1,156.00**      Outstanding: **$1,844.00** THROUGH THE PLAN

---

**III.    Trustee's will file Motion to Dismiss:**    ☐ For Failure to appear;    ☐ For Failure to commence payments.

---

**IV.   Trustee's Report on Confirmation & Status of §341 Meeting**

Debtor(s) Income is (are)  ☐ Under  ☑ Above Median Income.    Liquidation Value: **$164,330.—**

Commitment Period is  ☐ 36  ☑ 60 months.   [§1325(b)(1)(B)] Gen. Unsecured Pool: **0**

The Trustee  ☐ RECOMMENDS  ☑ OBJECTS  Plan confirmation.

§341 Meeting  ☐ CONTINUED  ☐ NOT HELD  ☐ CLOSED  ☑ HELD OPEN FOR **10** DAYS

§341 Meeting Rescheduled for:    _See Notes (1)+(2)_

---

**V.    Trustee's OBJECTIONS to Confirmation:**

☐ FEASIBILITY [§1325(a)(6)]  ☑ ~~INSUFFICIENTLY FUNDED~~  ☐ To pay §507  ☑ Fails Creditor's Best Interest Test §1325(A)(4)

☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Failure to comply with Tax returns requirements. [§1308]

☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

---

**ADDITIONAL OBJECTIONS / COMMENTS:**

- Need to provide copy of business licenses (Patents) for Carolina and ~~both~~ ~~Areas~~ (Rio Grande) for both business.

① - Pending Income tax return 2006 + 2007. Also need copy of 2010 Tax Return.

② - Pending Evidence 1040 PR and 941 PR for 2006-2009

- Need list of inventory and estimated value.

- Need to provide copy of "Capitulaciones" 2008

/s/ José R. Carrión
Trustee                Presiding Officer                Page 1 of __1__                Date: Jun 07, 2011